IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 10-cr-00418-LTB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. ALVIN DARNELL MAGISTRELLI,

  Defendant.

___

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

  This will confirm that a status/scheduling hearing regarding Defendant Magistrelli is set **Thursday, October 7, 2010 at 8:45 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: September 14, 2010